Jane Doe
201 Gillespie Dr, Apt 8206
Franklin, TN 37067
978-501-5129



11/18/2024

Clerk of Court
Tennessee Middle District Court
719 Church St Room 1300, Nashville, TN 37203

**Subject:** Request for Permission to Register for CM/ECF Access for Case Filings (Case No. 3:24-cv-1284)

Dear Clerk of Court,

I am writing in response to the automated message dated October 19, 2024, regarding my CM/ECF electronic filing registration (Account Number: 8174412) for the Tennessee Middle District Court. The message indicated that my registration was rejected due to the absence of an order granting me permission to register as a Filing User in an active case before the Court.

I respectfully request permission from the Court to register for online access to the CM/ECF system to electronically file and access documents related to my active case, **Case No. 3:24-cv-1284**. Granting me this access will enable me to submit motions and other filings electronically, streamlining the process for both the Court and myself.

I understand that Section 7 of Administrative Order 167 requires Court approval for self-represented parties to obtain CM/ECF access. I kindly ask the Court to consider this request and, if necessary, issue an order granting me permission to register as a Filing User in connection with this case.

Please let me know if any additional information or documentation is required to process this request. I am committed to complying with all rules and procedures governing electronic filing and am prepared to complete any necessary training or certifications.

Thank you for your attention to this matter. I look forward to your response.

Sincerely,

*Jane Doe  11/18/2024*

Jane Doe
201 Gillespie Dr, Apt 8206
Franklin, TN 37067
978-501-5129