

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

Jane Doe, immigrant worker
Plaintiff

Case Number    No. 3:24-cv-1284

v.
Brooks Automation US LLC

District Judge Eli J. Richardson

Defendant

------------------------------------------------------------

## Motion to Seal the Documents public.

The plaintiff respectfully requests that this Court seal Exhibit M from public access, as it contains names and information pertaining to internal communications.

Respectfully submitted

Jane Doe

Jane Doe
11/18/2024