FILED
2024 DEC 30 AM 10: 36
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff<br>v.<br><br>Brooks Automation US LLC<br><br>    Defendant | Case No. 3:24-cv-1284<br><br>Judge Richardson<br><br>Magistrate Judge Newbern |

## MOTION TO SEAL DOCUMENTS CONTAINING SENSITIVE AND PERSONAL INFORMATION

**Plaintiff Jane Doe,** proceeding under a pseudonym, respectfully submits this Motion to Seal Documents pursuant to **Federal Rule of Civil Procedure 5.2**, to protect sensitive and personal information disclosed in the case filings.

### 1. Documents to Be Sealed

Plaintiff seeks to seal the following documents:

1. **Declaration of Jane Doe for Obtaining Federal Agency Documentation and Statements**, along with all referenced materials, including:

    A. The complaint document submitted to the court in this case.

    B. The EEOC Right-to-Sue Letter issued on July 31, 2024.

    C. The DOJ IER Charge Copy, which details the initial complaint filed with the agency.

Respectfully Submitted,

*Jane Doe* 12/30/2024
Jane Doe

## CERTIFICATE OF SERVICE

I, Jane Doe's Spouse, hereby certify that on this 30th day of December, 2024, served on the following defendant council via U.S. regular mail:

**LITTLER MENDELSON, P.C.**

*/s/ Michael S. Moschel*

Michael S. Moschel (Bar No. 016826)

mmoschel@littler.com

333 Commerce Street, Suite 1450

Nashville, Tennessee 37201

Telephone: (615) 514-4124

Facsimile: (615) 250-4862

Jane Doe
12/30/2024
Jane Doe