IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|    Plaintiff, | ) ) ) Case No. 3:24-cv-01284 |
| v. | ) ) District Judge Eli Richardson |
| BROOKS AUTOMATION US, LLC, | ) Magistrate Judge Alistair Newbern ) |
|    Defendant. | ) |

## ORDER

Pending are Plaintiff's Motion for Entry of Default and Amended Request for Entry of Default against Defendant Brooks Automation US, LLC. (Doc. Nos. 19 and 21).

Plaintiff filed this action on October 28, 2024. (Doc. No. 1). On November 12, 2024, Defendant filed a Motion for Extension of Time to Respond to Complaint. (Doc. No. 8). On November 25, 2024, Plaintiff filed a Motion for Entry of Default, (Doc. No. 19), and on November 26, 2024, Plaintiff filed an Amended Request for Entry of Default. (Doc. No. 21). On November 27, 2024, the Court granted Defendant's Motion for Extension of Time to Respond. (Doc. No. 25). On December 23, 2024, and in compliance with the Court's Order, Defendant timely filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 27). As a result, the Clerk **DENIES as moot** Plaintiff's Motion and Amended Request for Entry of Default. (Doc. Nos. 19 and 21).

s/ Lynda M. Hill<br>
Lynda M. Hill<br>
Clerk of Court