UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JANE DOE, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:24-cv-01284 |
| | Judge Eli J. Richardson |
| BROOKS AUTOMATION US LLC, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

Plaintiff has filed a "notice of late receipt of defendant's documents" in which she states that she did not receive a service copy of Defendant's motion to dismiss, mailed on December 23, 2024, until March 28, 2025. (Doc. No. 52.) Plaintiff asks the Court to "[a]cknowledge this late receipt" in considering her motion to strike the motion to dismiss and to "reset [her] response deadline" for the motion to dismiss until April 14, 2025. (*Id.*) The Clerk's Office is DIRECTED to docket Plaintiff's filing as a "motion to address late receipt of defendant's documents," and Defendant is ORDERED to file a response to Plaintiff's motion within the timeframe set by the Court's Local Rules.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge