UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE - 1284,<br><br>    Plaintiff,<br><br>v.<br><br>BROOKS AUTOMATION US LLC,<br><br>    Defendant. | Case No. 3:24-cv-01284<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

# ORDER

On July 7, 2025, the District Judge affirmed the Magistrate Judge's memorandum order denying pro se Plaintiff Jane Doe's motion for leave to proceed under a pseudonym and to seal documents in the Court's record. (Doc. No. 78.) In accordance with the Court's April 7, 2025 order, Doe's deadline to file an amended complaint identifying herself as the plaintiff is therefore July 21, 2025. (Doc. No. 64.)

However, the docket reflects that Doe has made other efforts to amend the parties and causes of action in her complaint. Specifically, Doe filed a motion to add her spouse as a co-plaintiff under a pseudonym (Doc. No. 32) and requested the Court's leave to amend her complaint under Federal Rule of Civil Procedure 15(a)(2) to add common law claims of defamation and claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962, and the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(a)(1)(B) (Doc. No. 74).

Accordingly, in the interests of justice and judicial economy, the Court will allow Doe additional time to file a single amended complaint that identifies herself and any other plaintiffs

and includes all causes of action that the named plaintiffs seek to pursue. Doe may file an amended complaint that identifies herself, any other plaintiffs, and the causes of action the plaintiffs seek to pursue by July 28, 2025.

In light of this Order, the Clerk of Court is DIRECTED to ADMINISTRATIVELY TERMINATE Doe's motion to add her spouse as a co-plaintiff (Doc. No. 32).

Doe is warned that failure to comply with this Order may result in a recommendation that the Court dismiss this action under Federal Rule of Civil Procedure 41(b) for Doe's failure to prosecute her claims and comply with the Court's orders.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge